PS-8
8/88

# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**U.S.A. vs. Josephine Beatrice Johnson**             **Docket No. 5:12-CR-353-3-BO**

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Debbie W. Starling, probation officer of the court, presenting an official report upon the conduct of defendant, Josephine Beatrice Johnson, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, NC, on the 15th day of November, 2012, under the following conditions:

- The defendant is placed in the custody of Ray Christopher Person, Fayetteville, NC.

- Report to the probation office or supervising officer as directed.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: all codefendants.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Participate in the following location monitoring program component and abide by its requirements as the supervising officer instructs

    •**Home Incarceration**. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

Josephine Beatrice Johnson
Docket No. 5:12-CR-353-3-BO
Petition For Action
Page 2

- Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the supervising officer related to the proper operation of the technology.

    - The defendant must pay all or part of the cost of the program based upon your ability to pay as the supervising officer determines.
    - Location monitoring technology as directed by the pretrial service office or supervising officer;
    - Radio Frequency (RF) monitoring.

- Report contact with law enforcement.

- Submit to warrantless search of person and premises.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has advised she is struggling mentally and emotionally as a result of the instant offense and has requested mental health counseling. In order to determine if the defendant is in need of treatment services, it is respectfully recommended that her conditions of release be modified to include that she undergo a mental health evaluation and treatment, if deemed necessary.

**PRAYING THAT THE COURT WILL ORDER** a modification of the defendant's conditions of release to include that she undergo a mental health evaluation and treatment, if deemed necessary.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton<br>Supervising U.S. Probation Officer | Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: January 30, 2013 |

**ORDER OF COURT**

Considered and ordered this __31st__ day of _____January_____, 2013, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
United States Magistrate Judge