UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Josephine Beatrice Johnson**　　　　　　　　　　　　　　　　　　**Docket No. 5:12-CR-353-3BO**

**Petition for Action on Supervised Release**

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Josephine Beatrice Johnson, who, upon an earlier plea of guilty to Conspiracy to Interfere With Commerce by Threats and Violence, in violation of 18 U.S.C. § 1951(a), and Possession of a Firearm in Furtherance of a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A), and Aiding and Abetting, in violation of 18U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 15, 2014, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Josephine Beatrice Johnson was released from custody on February 14, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On April 3, 2018, the defendant submitted a urine sample which tested positive for cocaine. When confronted with the positive result, she admitted to using cocaine on or about March 31, 2018. The defendant further admitted using cocaine on April 10, 2018. At this time we are recommending that supervision be continued and conditions of supervision be modified to include the standard Drug Aftercare Conditions, including substance abuse assessment, treatment, and urinalysis. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is
　　　　　　　　　　　　　　　　　　　　　　　　　　　true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　　　　　/s/ John Seth Coleman
Eddie J. Smith　　　　　　　　　　　　　　　　　　　　John Seth Coleman
Supervising U.S. Probation Officer　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street, Suite 110
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2545
　　　　　　　　　　　　　　　　　　　　　　　　　　　Executed On: April 11, 2018

**ORDER OF THE COURT**

Considered and ordered this ___11___ day of ___April___, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge