UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Josephine Beatrice Johnson**　　　　　　　　　　　　　　**Docket No. 5:12-CR-353-3BO**

**Petition for Action on Supervised Release**

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Josephine Beatrice Johnson, who, upon an earlier plea of guilty to Conspiracy to Interfere With Commerce by Threats and Violence, in violation of 18 U.S.C. § 195l(a), and Possession of a Firearm in Furtherance of a Crime of Violence, in violation of 18 U.S.C. § 924(c)(l)(A), and Aiding and Abetting, in violation of 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 15, 2014, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Josephine Beatrice Johnson was released from custody on February 14, 2018, at which time the term of supervised release commenced.

On April 11, 2018, the court modified the conditions of supervision to include the drug aftercare conditions of assessment, treatment, and random drug testing. This modification was in response to the defendant's admitted use of cocaine, and a positive urinalysis for cocaine on April 3, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On April 26, 2018, the defendant was evaluated for purposes of a substance abuse assessment, as ordered by the court. During the course of that evaluation, it was determined that the defendant may also have some mental health issues that need to be addressed. As a result, the treatment provider has recommended that the defendant undergo a full mental health evaluation, in addition to her substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is
　　　　　　　　　　　　　　　　　　　　　　　　　　　true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　　　　　/s/ John Seth Coleman
Eddie J. Smith　　　　　　　　　　　　　　　　　　　John Seth Coleman
Supervising U.S. Probation Officer　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2545
　　　　　　　　　　　　　　　　　　　　　　　　　　　Executed On: April 27, 2018

Josephine Beatrice Johnson
Docket No. 5:12-CR-353-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __30__ day of __April__, 2018, and ordered filed and made a part of the records in the above case.

__/s/ Terrence Boyle__
Terrence W. Boyle
U.S. District Judge